IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAREE HALL,

    Petitioner,

v.                                        Case No. 4:16cv432-MW/CAS

WARDEN JONES,

    Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of this Court or to prosecute this case." The Clerk shall close the file.

SO ORDERED on October 19, 2016.

                                            s/Mark E. Walker
                                            **United States District Judge**